Daniel M. Cislo, Esq., CA Bar No. 125,378
  dan@cislo.com
Mark D. Nielsen Esq, CA Bar No. 210,023
  mnielsen@cislo.com
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone:  (310) 451-0647
Telefax:  (310) 394-4477

Attorneys for Plaintiff,
AMINI INNOVATION CORPORATION



FILED
CLERK, U.S. DISTRICT COURT

OCT 1 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AMINI INNOVATION CORPORATION a California corporation, ,

          Plaintiff,

     vs.

KTY INTERNATIONAL MARKETING dba M PACIFIC FURNITURE, a California corporation, FINE LIVING FURNITURE, a California business entity, COLLEZIONE EUROPA USA, INC., a New Jersey corporation, TOM'S FARMS, LLC., a California limited liability company, and DOES 1-9, inclusive, inclusive,

          Defendants.

CASE NO.  CV 07-4823 SVW (MANx)

[Hon. Stephen V. Wilson]

[PROPOSED] PERMANENT INJUNCTION AND ORDER OF DISMISSAL

     Pursuant  to  the  Stipulated  Permanent  Injunction  and  Stipulation  of Dismissal submitted by Amini Innovation Corporation ("AICO") and Tom's Farms, LLC ("Tom's Farms"), the Court hereby enters the following Order:

1

## STATEMENT OF FACTS

1.     Amini Innovation Corporation ("AICO") had designed for it, markets, and sells home furnishings, including its Tresor bedroom collection.

2.     As part of its intellectual property portfolio, AICO is the owner of United States Copyright Registrations covering the ornamental carvings on the following furniture items:

### TABLE 1

| AICO FURNITURE ITEM | COPYRIGHT |
|---|---|
| Tresor bed | VA 1-302-359 |
| Tresor dresser | VA 1-302-358 |
| Tresor dresser mirror | VA 1-302-357 |

3.     For a time, Tom's Farms sold furniture items from the Collezione Europa B40000 series that AICO alleged to be within the scope of the above-referenced copyright registrations.

4.     As part of a settlement of this action, AICO and Tom's Farms have stipulated and agreed to the terms of the permanent injunction and dismissal below.

5.     This stipulation and the settlement agreement between AICO and Tom's Farms do not pertain to the remaining defendants in the case, and is entered into by AICO without prejudice as to its claims against the remaining defendants in this case.

2

WHEREFORE, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367, and personal jurisdiction over Tom's Farms, and venue is proper as to Tom's Farms, for purposes of this case.

2.    AICO's copyrights set forth in Table 1 above are valid, subsisting, and enforceable.

3.    Effective immediately, Tom's Farms, its agents, employees, representatives, and all persons in active concert or participation with it or any of them, shall immediately cease all manufacture, use, importing, distributing, marketing, advertising, publicly displaying, trade show displaying, internet displaying, offering for sale and/or selling: (a) any furniture items the same or substantially similar in appearance to the furniture items shown in the copyrights listed in Table 1 above; (b) any furniture items within the scope of the copyrights set forth in Table 1 above; and, (c) any furniture items that appear the same or substantially similar to Collezione furniture items B40000 poster bed, B40000 dresser with mirror.

4.    Effective immediately, Tom's Farms shall not aid or assist any person or entity in engaging in any of the above-referenced prohibited activities.

5.    This injunction shall remain in effect until the copyrights and/or design patents expire or are declared invalid by a Court of Law.

6.    The above-captioned action is hereby dismissed in its entirety, with

1  prejudice as to Tom's Farms.  Said dismissal shall have no effect on AICO's

2  claims against the remaining defendants in the case.

3

4      7.    AICO and Tom's Farms shall each bear their own respective costs,

5  expenses and attorneys' fees incurred in connection with the above-captioned

6  action as to the claims between them.

7

8      8.    The foregoing reflects a settlement of this action pursuant to the

9  terms of a separate Settlement Agreement between AICO and Tom's Farms, and

10  the Court retains jurisdiction for purposes of enforcing the Settlement Agreement

11  between AICO and Tom's Farms, and this Permanent Injunction.

12

13  Respectfully submitted,

14

15  CISLO & THOMAS LLP                    BIDNA & KEYS, APLC

16  By:   s/Daniel M. Cislo              By:   s/Jon A. Longerbone

17        Daniel M. Cislo, Esq.                Howard M. Bidna, Esq.
          Mark D. Nielsen, Esq.                Jon A. Longerbone, Esq.
18

19  Attorneys for Plaintiff AMINI        Attorneys for Defendant TOM'S FARMS,
20  INNOVATION CORPORATION               LLC

21  Date: August 27, 2010                Date: August 27, 2010

22

23  **IT IS SO ORDERED**.

24

25  Date: _October 18_, 2010             _____
                                         Hon. Stephen V. Wilson
26                                       United States District Judge

27

28  T:\07-19718\Permanent Injunction and Order of Dismissal.DOC

                                    4