Daniel M. Cislo, Esq., CA Bar No. 125,378
  dan@cislo.com
Mark D. Nielsen Esq, CA Bar No. 210,023
  mnielsen@cislo.com
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiff,
AMINI INNOVATION CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINI INNOVATION CORPORATION a California corporation, , <br><br>   Plaintiff, <br><br>vs. <br><br>KTY INTERNATIONAL MARKETING dba M PACIFIC FURNITURE, a California corporation, FINE LIVING FURNITURE, a California business entity, COLLEZIONE EUROPA USA, INC., a New Jersey corporation, TOM'S FARMS, LLC., a California limited liability company, and DOES 1-9, inclusive, inclusive, <br><br>   Defendants. | CASE NO.  CV 07-4823 SVW (MANx) <br><br>[Hon. Stephen V. Wilson] <br><br>**AMINI INNOVATION CORPORATION'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT KTY INTERNATIONAL MARKETING dba M PACIFIC FURNITURE** <br><br>Date: February 7, 2011 <br>Time: 1:30 p.m. <br>Place: Courtroom 6 <br>       312 N. Spring Street <br>       Los Angeles, CA 90012 |

## REPLY MEMORANDUM OF POINTS AND AUTHORITIES

On January 3, 2011, Plaintiff Amini Innovation Corp. ("AICO") AICO filed a motion for entry of default judgment against Defendant KTY International Marketing dba M Pacific Furniture ("KTY"). KTY was served with the motion by first class mail 35 days before the hearing date set for February 7, 2011. See, Proof of Service attached to Docket Entry No. 50. KTY's opposition papers were due on January 17, 2011 (or based on the Dr. Martin Luther King holiday, January 14, 2011 in that Local Rule 7-9 requires opposition papers to be filed "not later than twenty-one (21) days before the date designated for the hearing of the motion"). KTY did not file any opposition papers.

Local Rule 7-12 states, in part, that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Here, because KTY has failed to submit any opposition papers in response to AICO's motion for entry of default judgment against it, the Court should grant AICO's motion for entry of default judgment, and enter the requested default judgment (submitted with AICO's moving papers) against KTY .

As an aside, AICO remains in settlement negotiations with the other remaining defendant, Fine Living Furniture, and hopes to finalize a settlement agreement with Fine Living Furniture shortly.

Respectfully submitted,

CISLO & THOMAS LLP

Dated: January 19, 2011      By: s/Mark D. Nielsen
                                 Daniel M. Cislo, Esq.
                                 Mark D. Nielsen, Esq.
                                 Attorneys for Plaintiff, AMINI
                                 INNOVATION CORPORATION

T:\07-19718\Reply Brief in Support of Motion for Entry of Default Judgment.DOC

# PROOF OF SERVICE

I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on January 19, 2011, I caused:

**AMINI INNOVATION CORPORATION'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT KTY INTERNATIONAL MARKETING dba M PACIFIC FURNITURE**

to be served by First Class Mail on:

Tawny Lam,
Executive Vice President
KTY International Marketing dba
M Pacific Furniture
6541 E Washington Boulevard
Los Angeles, CA 90040-1821

Simpson Do, Vice President
Fine Living Furniture
6390 Artesia Blvd
Buena Park, CA 90620

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 19, 2011, at Santa Monica, California.

*/s/ Angelika M. Lintner*
Angelika M. Lintner